**Opinion issued October 28, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00390-CV

_____

## IN RE CHERYL VERRET, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Cheryl Verret, has filed a petition for writ of mandamus challenging the trial court's order granting new trial and setting aside the judgment of the preceding trial court judge following a bench trial.[1] We deny the petition.

---

[1] The underlying case is *In the Matter of the Marriage of Chad J. Verret and Cheryl Newman Verret,* cause number 2022-67908, pending in the 507th District Court of Harris County, Texas, the Honorable Lilian H. Alexander presiding.

# PER CURIAM

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey. Justice Gunn, concurring.